**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re:<br>DAVID H JAHN<br>6428 BORROR RD<br>GROVE CITY, OH  431238955 | Case No:    06-51433<br><br>Judge:    John E. Hoffman Jr. |

SSN(S):    XXX-XX-0730

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   February 25, 2010                 /s/ Frank M. Pees
_____
Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| COLUMBUS DEPT OF PUBLIC SAFETY<br>LICENSE SECTION<br>750 PIEDMONT S<br>COLUMBUS, OH  43224 | 0.23 |